IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                          CASE NO. 14-81114-JJG-13

John Roger Wood                     CHAPTER 13
Sharon Kay Dartz-Wood

Debtors.                                    JUDGE Jeffrey J. Graham

**AMENDED NOTICE OF APPEARANCE**

      Now comes D. Anthony Sottile, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and amends his appearance on behalf of Real Time Resolutions, Inc servicing agent for Southwest Capital Investments, LLC, in the above captioned proceedings.

                                                           Respectfully submitted,

                                                           __/s/ D. Anthony Sottile_____
                                                           D. Anthony Sottile (27696-49)
                                                           Jon Lieberman (OH 0058394)
                                                           Sottile & Barile, Attorneys at Law
                                                           P.O. Box 476
                                                           Loveland, OH 45140
                                                           Phone:  513.444.4100
                                                           bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2017, a copy of the foregoing Amended Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Adam Price Gadberry, Debtors' Counsel
    gloyeskilawin@hotmail.com

    Donald L Decker, Chapter 13 Trustee
    ecfmail@decker13trustee.com

    Office of the US Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 28, 2017, a copy of the foregoing Amended Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    John Roger Wood
    3112 South 11th Street
    Terre Haute, IN 47802

    Sharon Kaye Dartz-Wood
    3112 South 11th Street
    Terre Haute, IN 47802

                                                     /s/ D. Anthony Sottile
                                                     D. Anthony Sottile (27696-49)
                                                     Jon Lieberman (OH 0058394)